### *John M'Vickar* v. *Oliver Woolcot.*

HOPKINS, in consequence of the death of a witness to be examined on a commission sent to *England,* and sued out early in the last spring, moved, on behalf of the defendant, to amend by inserting the name of a new witness, who could prove the fact the testimony of the deceased would have gone to establish, or to be at liberty to issue a new commission.

*Per Curiam.*    Were we to permit the amendment, the opposite party might lose the benefit of cross-examining ; for the interrogatories exhibited to one, might not be proper to administer to another, from

Nov. Term, 1805.

whom it might be wished to extract new evidence. The first part of the motion must, therefore, be denied; but you may take a new commission at your peril, without, however, any stay of proceedings on the part of the plaintiff.